# IN THE SUPREME COURT OF THE STATE OF NEVADA

LAWRENCE D. MONTERO,
Appellant,
vs.
GEORGETTE LYON,
Respondent.

No. 72421

**FILED**

JUN 27 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This proper person appeal was docketed in this court on February 22, 2017, without the payment of the requisite filing fee. The district court's April 5, 2017, order denying appellant's application to proceed in forma pauperis was filed in this court on April 11, 2017. On April 21, 2017, this court entered an order directing appellant to pay the required requisite filing fee within ten days or this appeal will be dismissed. To date, appellant has not paid the filing fee or otherwise responded to this court's order. Accordingly, cause appearing, this appeal is hereby dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: Elizabeth A Brown

cc: Lawrence D. Montero
Radford J. Smith, Chartered

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

17-21366